### 3308.   WHITE *v.* THE STATE.

RUSSELL, J.   1.   The State is not confined to the date alleged in the accusation in proving the crime, but may prove it as of any date within the period of limitations.

2.   When the accusation charges the offense generally, the State need not rest its case on proof of a single transaction, but may prove or attempt to prove any number of transactions of the character charged in the accusation and included within its terms.

*Judgment affirmed.*

DECIDED JULY 25, 1911.

Accusation of buying and receiving seed cotton; from city court of Lexington—Judge Cloud.   March 2, 1911.

*E. P. Shull,* for plaintiff in error.

*Hamilton McWhorter Jr., solicitor,* contra.